

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rachel B. Jacobson
212.912.2937
*fax* 866.314.8211
rjacobson@edwardswildman.com

February 21, 2013

**BY ECF**

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York  11722

      Re:   *Rinaldi v. Quality King, Inc.*
            U.S. District Court, Eastern District of New York
            Civil Action No. 12 Civ. 0141 (DRH)(ARL)

Dear Judge Lindsay:

On behalf of our client, Quality King, Inc. ("Quality King"), and with the consent of Plaintiff's counsel, I write to request that the pretrial conference currently scheduled for March 1, 2013 be adjourned. The reason for this request is that the General Counsel for Quality King is not available on that day and his availability is needed in order to engage in meaningful settlement discussions with the Court. The parties have conferred and are available for the conference on March 6-8, any day during the week of March 18, and March 28 or 29.

Accordingly, it is respectfully requested that (i) the pretrial conference scheduled for March 1, 2013 be adjourned, and (ii) the parties' deadline for the submission of the pretrial order be extended until the day before the newly scheduled pretrial conference.

Respectfully submitted,

*/s/ Rachel B. Jacobson*
Rachel B. Jacobson

cc:    Paul Dashefsky, Esq. (via ECF)

BOSTON MA | FT. LAUDERDALE FL | HARTFORD CT | MADISON NJ | NEW YORK NY | NEWPORT BEACH CA | PROVIDENCE RI
STAMFORD CT | WASHINGTON DC | WEST PALM BEACH FL | WILMINGTON DE | LONDON UK | HONG KONG (ASSOCIATED OFFICE)