Rachel B. Jacobson, Esq.
**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILOMENA CINDY RINALDI,<br><br>        Plaintiff,<br><br>v.<br><br>QUALITY KING DISTRIBUTORS, INC.,<br><br>        Defendant, | No.12-cv-00141-DRH-ARL<br><br>**MOTION FOR LEAVE TO WITHDRAW<br>AS COUNSEL** |

      Pursuant to Local Civil Rule 1.4, Rachel B. Jacobson, formerly of Edwards Wildman Palmer LLP, moves this Court for leave to withdraw as counsel for Defendant Quality King Distributors, Inc. Rory J. McEvoy and Andre K. Cizmarik of Edwards Wildman Palmer LLP will remain as attorneys of record for Defendant. Defendant has agreed to this withdrawal, and the withdrawal is not expected to prejudice Plaintiff.

      Respectfully submitted,

By: _____
      RACHEL JACOBSON

Dated: Woodbury, New York
      April 11, 2013

Rachel B. Jacobson, Esq.
**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILOMENA CINDY RINALDI, | No.12-cv-00141-DRH-ARL |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| QUALITY KING DISTRIBUTORS, INC., | |
| Defendant, | |

    I, Rachel Jacobson Esq., hereby certify that on April 11, 2013, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CB/ECF System.

By: _____
Rachel Jacobson

Dated: Woodbury, New York
        April 11, 2013

4835-0230-3251, v. 1