**EDWARDS WILDMAN**

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

August 30, 2013

Paul L. Dashefsky, Esq.
317 Middle Country Road
Smithtown, New York 11787

Re: Rinaldi v. Quality King Distributors, Inc.
Case No.: 12 Civ. 0141 (PCK)(ARL)

Dear Mr. Dashefsky:

We represent the Defendant Quality King Distributers, Inc. ("Quality King") in the above-referenced action. Enclosed are copies the following motion papers:

1. Declaration of Rory J. McEvoy;
2. Quality King's Rule 56.1 counter-statement of material facts; and
3. Reply memorandum of law in further support of Quality King's motion for summary judgment and in opposition to Plaintiff's cross-motion for summary judgment

If you have any questions, please telephone me.

Very truly yours,

Rory J. McEvoy

Enclosures

cc: The Honorable Pamela K. Chen (via ECF)

BOSTON • CHICAGO • HARTFORD • HONG KONG • LONDON • LOS ANGELES • MADISON NJ • MIAMI
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH