

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

September 18, 2013

**VIA ECF**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Rinaldi v. Quality King Distributors, Inc.
     Case No.: 12 Civ. 00141 (PKC)(ARL)

Dear Judge Chen:

On behalf of our client, Quality King Distributors, Inc. ("Quality King"), and after consulting with Plaintiff's counsel, I write to jointly request, pursuant to the court's Individual Practices and Rules Sections 1(F) and 4(A), an extension of time to file the joint pretrial order. On April 16, 2013, Magistrate Judge Lindsay granted a request to extend the time for the parties to submit a joint pretrial order until September 20, 2013, to correspond with the summary judgment motion briefing schedule. The parties have exchanged drafts of the pretrial order, but require additional time to finalize it because both parties have devoted substantial time to preparing the motion and cross-motion for summary judgment. It is easier and more efficient to complete the pretrial order now that the motions are fully briefed. Accordingly, we request a thirty day extension of time until October 18, 2013.

Respectfully submitted,

Rory J. McEvoy

cc: Paul L. Dashefsky (via ECF)
   Attorney for Plaintiff

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH