EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Attorney for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILOMENA CINDY RINALDI,

           Plaintiff,

    -against-

QUALITY KING DISTRIBUTORS, INCORPORATED,

           Defendant.

No. CV 12-0141 (PKC) (ARL)

**DECLARATION OF
RORY J. MCEVOY**

      RORY J. McEVOY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

      1.    I am a member of the firm of Edwards Wildman Palmer LLP, attorneys for Defendant Quality King Distributors, Inc. and I am fully familiar with this proceeding as well as the specific matters set forth herein.  I make this declaration in support of Defendant's motion for summary judgment.

      2.    Exhibit 1 hereto is a copy of relevant excerpts and exhibits from the deposition transcript of Plaintiff Philomena Cindy Rinaldi, conducted on January 10, 2013.

      3.    Exhibit 2 hereto is a copy of relevant excerpts and exhibits from the deposition transcript of Olga Lancaster, conducted on January 22, 2013.

      4.    Exhibit 3 hereto is a copy of the amended complaint filed in this action.

Dated: New York, New York
      May 31, 2013

                                      Rory J. McEvoy