EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Attorney for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PHILOMENA CINDY RINALDI,

    Plaintiff,

  -against-

QUALITY KING DISTRIBUTORS, INCORPORATED,

    Defendant.

No. CV 12-0141 (PKC) (ARL)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 31st day of May 2013, she caused true and correct copies of the foregoing MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, RULE 56.1 STATEMENT, and NOTICE OF MOTION with declaration and exhibits annexed thereto to be served upon:

                Paul L. Dashefsky, Esq.
                317 Middle Country Road
                Smithtown, New York 11787

by depositing true copies of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York and by electronic mail.

                                                          Jean W. McLoughlin

Sworn to before me this
31st day of May 2013

_Julie Sauer_
Notary Public

                **JULIE L. SAUER**
          Notary Public, State of New York
               No. 02SA6233540
           Qualified in New York County
      Commission Expires December 27, 20 14