

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
*fax* +1 212 308 4844
rmcevoy@edwardswildman.com

September 20, 2013

**VIA ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Rinaldi v. Quality King Distributors, Inc.
      Case No.: 12 Civ. 00141 (PKC)(ARL)

Dear Judge Chen:

  On behalf of our client, Quality King Distributors, Inc. ("Quality King"), and pursuant to the Court's Individual Practices and Rules Section 3(D), I write to provide the Court with courtesy copies of the motion papers filed in support of the motion for summary judgment and cross-motion for summary judgment, including:

1. Defendant's Notice of Motion with accompanying declaration and exhibits annexed thereto;

2. Defendant's Rule 56.1 Statement;

3. Memorandum of Law in Support of Defendant's Motion for Summary Judgment;

4. Plaintiff's Notice of Cross-Motion for Summary Judgment with accompanying affirmation and exhibits annexed thereto;

5. Plaintiff's Rule 56.1 Counter-Statement of Material Facts;

6. Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment;

7. Reply Declaration of Rory J. McEvoy with accompanying exhibits annexed thereto;

8. Defendant's Rule 56.1 Counter-Statement of Material Facts; and



Hon. Pamela K. Chen
September 20, 2013
Page 2

      9.    Reply Memorandum of Law in Further Support of Defendant's Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for Summary Judgment.

Plaintiff did not submit a Reply in Further Support of the Cross-Motion for Summary Judgment, and therefore the motions have been fully briefed at this time.

Respectfully submitted,

Rory J. McEvoy

Enclosures

cc:    Magistrate Judge Arlene R. Lindsay (via ECF)

        Paul L. Dashefsky (via ECF)
        Attorney for Plaintiff