

**EDWARDS WILDMAN PALMER LLP**
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

October 18, 2013

**VIA ECF**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Rinaldi v. Quality King Distributors, Inc.
              Case No.: 12 Civ. 00141 (PKC)(ARL)

Dear Judge Chen:

On behalf of our client, Quality King Distributors, Inc. ("Quality King"), and after consulting with Plaintiff's counsel, I write pursuant to the court's Individual Practices and Rules Sections 1(F) and 4(A) to jointly request an extension of time to file the proposed pretrial order. In a letter dated September 18, 2013, we requested an extension of time to file until October 18th. However, at this time the parties are still working to finalize the stipulated facts, witnesses, and exhibit lists. Moreover, Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment are still pending before this court. Accordingly, we request a brief two week extension of time to submit the proposed pretrial order until November 1, 2013.

Respectfully submitted,

Rory J. McEvoy

cc:    Paul L. Dashefsky (via ECF)
        Attorney for Plaintiff

BOSTON · CHICAGO · HARTFORD · HONG KONG · ISTANBUL · LONDON · LOS ANGELES · MIAMI · MORRISTOWN
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH