EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Katherine D. Watson
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILOMENA CINDY RINALDI,

        Plaintiff,

-against-

QUALITY KING DISTRIBUTORS, INC.,

        Defendant.

12 Civ. 00141 (PKC) (ARL)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Katherine D. Watson, Esq. hereby enters her appearance in this action as an additional attorney for Defendant Quality King Distributors, Inc.

Date:  New York, New York
       October 28, 2013

        EDWARDS WILDMAN PALMER LLP

By:   s/ Katherine D. Watson
      Katherine D. Watson
      Rory J. McEvoy
      750 Lexington Avenue
      New York, New York 10022
      212.308.4411
      rmcevoy@edwardswildman.com
      kwatson@edwardswildman.com