UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PHILOMENA CINDY RINALDI,

        Plaintiff,

-against-

QUALITY KING DISTRIBUTORS, INCORPORATED,

        Defendant.

No. CV 12-0141 (PKC) (ARL)

**PLAINTIFF'S SUPPLEMENT TO PREVIOUSLY FILED JOINT PRE-TRIAL ORDER**

---

Pursuant to the Court's Order, dated November 1, 2013, the undersigned counsel for the Plaintiff hereby respectfully submits this supplement to previously filed Joint Pre-Trial Order:

### WITNESS LIST

    a)    Plaintiff's Witness List:

1. Philomena Cindy Rinaldi – 67 Forge Lane, Coram, N.Y. 11727
2. Dr. W. Grant LeMaster – 125 Oakland Ave., Pt. Jefferson, N.Y. 11777
3. Ernest Leuci – 3 Premier Ct., Pt. Jeff. Station, N.Y. 11776
4. Dominic James Rinaldi - 67 Forge Lane, Coram, N.Y. 11727
5. Dominic Rinaldi – 12 Islip St., Holtsville, N.Y. 11742
6. Kim Rinaldi – 12 Islip St., Holtsville, N.Y. 11742
7. Marie Rinaldi – 9 Patricia Ct., N. Babylon, N.Y. 11703
8. Cindy Rinaldi – 9 Patricia Ct., N. Babylon, N.Y. 11703
9. Josephine Greisofe – 460 Walker St., W. Babylon, N.Y. 11704
10. Janet Palina – 103 Pine Acres Blvd., Deer Park, N.Y. 11729
11. Carlo Strazzulo – 102 Sequoia Dr., Coram, N.Y. 11727

Dated: Smithtown, New York
       November 8, 2013

                                                /s/ Paul L. Dashefsky
                                                Paul L. Dashefsky (PD-3693)
                                                Attorney for Plaintiff
                                                317 Middle Country Road
                                                Smithtown, New York 11787
                                                (631) 361-7981